

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-6-2007

# Silva-Rengifo v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 04-4302

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Silva-Rengifo v. Atty Gen USA" (2007). *2007 Decisions.* Paper 1398.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1398

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos: 04-4302, 05-3423
_____

CARLOS SILVA-RENGIFO,

Petitioner

v.

ATTORNEY GENERAL
OF THE UNITED STATES; UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,

Respondent
_____

Consolidated Petitions for Review Of a Final Order of Removal
From the Board of Immigration Appeals
_____

Argued September 27, 2006

Before: McKEE and AMBRO, *Circuit Judges*, and
RESTANI,* *Judge*


_____

(Opinion filed: January 8, 2007)
_____



* The Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

## ORDER AMENDING PUBLISHED OPINION

MCKEE, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed January 8, 2007, be amended as follows:

In the first sentence of footnote six, page 65, replace the word "and" with the word "or", so that the phrase reads: "Governmental acquiescence under the Torture Convention has been defined to include governments who are unable or unwilling to protect their citizens from persecution."

By the Court,

/s/ Theodore A. Mckee Circuit Judge

Dated: March 6, 2007
CMD/cc: Alexander E. Eisemann, Esq.
       Mark DesNoyer, Esq.
       Alison R. Drucker, Esq.
       Douglas E. Ginsburg, Esq.
       Donald E. Keener, Esq.
       William C. Peachey, Esq.
       Jonathan Potter, Esq.